FILED
FRONT COUNTER

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_Alexandria_ Division

2019 DEC 20 PM 1:03

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

In re _Kim F Henderson_

Case No. _19-14121_

Chapter _13_

Debtor(s)

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on flash drive or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) __✓__ flash drive listing a total of __6__ creditors; or

(b) _____ scannable hard copy, with Request for Waiver attached, consisting of _____ pages, listing a total of _____ creditors

_____
Debtor

_____
Joint Debtor

Date: _12/20/2019_   [Check if applicable] _____ Creditor(s) with foreign addresses included on flash drive/hard copy.

[cscredit ver. 11/19]

13 - Kim F. Henderson Address

Richard L. Greenberg
Greenberg Law Firm
P.O Box 240
Roanoke, Virginia 24002
Max Federal Credit Union

Brett A. Callahan
Vanderpool, Frostick & Nishanian, PC
9200 Church Street,
Suite 400 Manassas, Virginia 20110
Fairfax National Estates Homeowners Association

Surety Trustees, LLC
c/o Corporation Service Company, RA
100 Shockoe Slip, 2nd Floor
Richmond, Virginia 23219

Allen Warren, VSB #38775
Chadwick, Washington, Moriarty Elmore & Bunn, P.C.
3201 Jermantown Road, Suite 600
Fairfax, Virginia 22030
Singleton's Grove Homeowners Association, Inc.

PHH Mortgage Services
1 Mortgage Way
Mt. Laurel NJ 08054

Suntrust Bank
Gregory DuMont - VSB40959
Michael R. Cogan, P.C.
12 S. Summit Avenue, Suite 250
Gaithersburg, Maryland 20877